Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| MARY ELMA YEOMANS | ) Chapter 13 <br> ) <br> ) Case No.: 8:08-bk-18086-RK <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301163** in the sum of **$2,980.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    MARY ELMA YEOMANS
    2219 VISTA HUERTA
    NEWPORT BEACH, CA 92702

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0818086 | MARY ELMA YEOMANS ACCT: | Claim: 00000 | XXX-XX-3072 | 2,980.00 | 0.00 | 2,980.00 |
| | | TOTALS | | 2,980.00 | 0.00 | 2,980.00 |

MARY ELMA YEOMANS

BALANCE:           [0.00  1/00000]
SSN: XXX-XX-3072    SSN:
ACCT:              CASE: 0818086
PRINCIPAL:    2,980.00    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79/611

0301163

Aug 29, 2011

VOID 90 DAYS FROM DATE

*****$2,980.00

PAY  Two Thousand Nine Hundred Eighty And 00 / 100 Dollars

TO THE ORDER OF   *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301163⑈  ⑉061100790⑉ 0000005751862⑈